```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
```

UNITED STATES OF AMERICA          :
                                  :
         -v-                      :    CRIMINAL NO.
                                  :    Filed under seal
PABLO RAY0-MONTANO et al.

         Defendants.              :

## MOTION TO SEAL

     The United States respectfully moves this Court to place under seal until further notice of the Court, the Indictment, the Motion to Seal and the Court's order to seal. In support thereof, the government alleges the following:

     The indictment in this case is the result of a long-term investigation into an international cocaine trafficking organization operating in the Colombia, South America, Mexico, the United States, and elsewhere. The investigation is ongoing. After the indictment in this case has been returned, the United States government must begin the process of locating and/or arresting the defendants in South America, and extraditing the defendants to the United States. Disclosure of the indictment would enable the defendants to avoid arrest. The confidentiality of the investigation and the safety of cooperating individuals and law enforcement officers participating in the investigation could be compromised by the premature release of the information contained in the indictment.

     In order to preserve the secrecy of the case until the

defendants are taken into custody, the government respectfully requests that the Court grant the government's motion to seal. See *Washington Post v. Robinson*, 935 F.2d 282, 289 (D.C. Cir. 1991). The government further requests that the government be permitted to disclose the Indictment to persons necessary to effect the arrest and/or extradition of the defendants.

                              Respectfully submitted,

                              Michael F. Walther, Acting Chief
                              Narcotic and Dangerous Drug Section
                              Criminal Division
                              U.S. Department of Justice
                              Washington, D.C. 20530

By: _____
     Paul Laymon, Trial Attorney
     Narcotic and Dangerous Drug Section
     U.S. Department of Justice
     Criminal Division
     1400 New York Avenue,NW, Room 8410
     Washington, D.C. 20530
     (202) 514-1286

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| -v- : | CRIMINAL NO. |
| : | Filed under seal |
| PABLO RAYO-MONTANO et al. | |
| Defendants. : | |

### O R D E R

_____Upon consideration of the Government's Motion to Seal the Indictment, it is hereby

ORDERED, this _____ day of August, 2005, that the Motion to Seal, the Indictment, and this Court's Order be sealed until further Order of this Court. It is further ORDERED, that the Government may disclose the Indictment to persons necessary to effect the arrest and/or extradition of the defendants.

_____

_____     UNITED STATES DISTRICT COURT
                                    MAGISTRATE JUDGE

DATE: _____

cc:  Paul Laymon, Trial Attorney
     Narcotic and Dangerous Drug Section
     Criminal Division
     U.S. Department of Justice
     1400 New York Avenue, NW, Room 8410
     Washington, D.C. 20530
     (202) 514-1286