UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA        :
                                :
            -v-                 :   CRIMINAL NO. 05-316
                                :   Filed under seal
PABLO RAYO-MONTANO et al.       :
            Defendants.         :

**FILED**
AUG 2 4 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

O R D E R

Upon consideration of the Government's Motion to Seal the Indictment, it is hereby

ORDERED, this 24th day of August, 2005, that the Motion to Seal, the Indictment, and this Court's Order be sealed until further Order of this Court. It is further ORDERED, that the Government may disclose the Indictment to persons necessary to effect the arrest and/or extradition of the defendants.

_____
UNITED STATES DISTRICT COURT
MAGISTRATE JUDGE

DATE: AUG 24 2005

cc: Paul Laymon, Trial Attorney
    Narcotic and Dangerous Drug Section
    Criminal Division
    U.S. Department of Justice
    1400 New York Avenue, NW, Room 8410
    Washington, D.C. 20530
    (202) 514-1286