IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | |
| v. | : | Case No. cr- 05-316 (ESH) |
| | : | **Under Seal** |
| PABLO RAYO MONTANO et al. | : | |
| _____ | : | |

MOTION TO TEMPORARILY UNSEAL CASE TO MAKE COPIES

Comes the United States through Kenneth A. Blanco, Chief, Narcotic and Drug Dangerous Drugs Section, and Paul W. Laymon, Trial Attorney, Narcotic and Dangerous Drugs Section, and moves the court for an order in the above styled case to temporarily unseal the case to allow the Clerk of the United States District Court to copy the indictment, the superseding indictment and the arrest warrants in the case.

Most of the defendants in the case live outside of the United States and, if found and arrested, will be subject to extradition. The extradition process will require the United States to provide certified copies of the indictment, superseding indictment, and arrest warrants. Also, several of the defendants travel extensively, such that the United States has had to prepare duplicate extradition packets for those defendants who could be found in more than one country. The United States requests at least ten (10) certified copies of the original indictment, twenty-five (25) certified copies of the superseding indictment, and five (5) certified copies of each arrest warrant, including the three arrest warrants issued with the original indictment and the arrest warrants issued at the time of the superseding indictment.

The United States further moves that this motion be filed under seal and that the above styled case be resealed after all copies are made and certified.

        Paul W. Laymon
        Trial Attorney
        Narcotic and Dangerous Drugs
        Department of Justice
        1400 New York Avenue NW
        Washington, DC 20005
        202-514-1286 (work)
        202-725-7741 (cell)
        202-514-0483 (fax)
        Email paul.laymon@usdoj.gov