## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

|  |  |
|---|---|
| ) | |
| ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | CRIMINAL NO. 05-316 (ESH) |
| ) | |
| ) | |
| JUAN CARLOS GOMEZ ) | |
| _____ ) | |

## ORDER

Upon consideration of Defendant's Motion to Reschedule Status, and any opposition, it is this _____ day of _____, 2008, hereby

**ORDERED** that defendant Juan Carlos Gomez' motion is granted; and it is further

**ORDERED** that the status hearing of April 18, 2008, will be rescheduled to a date and time amenable to all parties.

**SO ORDERED**.

Date:

_____
ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT COURT JUDGE